NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**PARALLEL NETWORKS, LLC,**
*Plaintiff-Appellant,*

v.

**ABERCROMBIE & FITCH CO.,**
*Defendant-Appellee,*

AND

**ASICS AMERICA CORPORATION, AMAZON.COM, INC., BARNES & NOBLE, INC., BARNESANDNOBLE.COM, LLC, BRAIN BUSTERS, LLC, BRAWN, LLC, CABELA'S, INC., CITIZEN WATCH COMPANY OF AMERICA, INC., DELTA AIRLINES, INC., DILLARD'S, INC., FLAIRVIEW TRAVEL PTY LTD., FLIGHTBOOKERS LTD., IAC SEARCH & MEDIA, INC., IP HOLDINGS, INC., ICONIX BRAND GROUP, INC., JAG FOOTWEAR, ACCESSORIES & RETAIL CORPORATION (ALSO KNOWN AS JONES RETAIL CORPORATION), MACY'S WEST STORES, INC., MACYS.COM, INC., NETFLIX, INC., ONESTOP INTERNET, INC., ORIENTAL TRADING COMPANY, INC., SUBARU OF AMERICA, INC., SUNGLASS HUT TRADING, LLC, TARGET CORPORATION, THE GOODYEAR TIRE & RUBBER COMPANY, TRIPADVISOR LLC, US AIRWAYS, INC., AND ZAPPOS RETAIL, INC.,**
*Defendants-Appellees,*

AND

**ADIDAS AMERICA, INC.,**
*Defendant-Appellee,*

AND

**AEROPOSTALE, INC. AND RALPH LAUREN MEDIA, LLC,**
*Defendants-Appellees,*

AND

**H-D MICHIGAN, INC. AND HARLEY-DAVIDSON, INC.,**
*Defendants-Appellees,*

AND

**VOLKSWAGEN OF AMERICA INC. (NOW KNOWN AS VOLKSWAGEN GROUP OF AMERICA), BENTLEY MOTORS, INC., AND BENTLEY MOTORS LTD.,**
*Defendants-Appellees,*

AND

**BRIGGS & STRATTON CORP., BRIGGS & STRATTON POWER PRODUCTS GROUP, LLC, AND MOTOROLA MOBILITY, INC.,**
*Defendants-Appellees,*

AND

**BROOKS SPORTS, INC. AND RUSSELL BRANDS, LLC,**
*Defendants-Appellees,*

AND

**COLDWATER CREEK, INC.,**

*Defendant-Appellee,*

AND

**HSN INTERACTIVE LLC** AND **HSN LP,**
*Defendants-Appellees,*

AND

**HAYNEEDLE, INC.,**
*Defendant-Appellee,*

AND

**J.C. PENNEY CORPORATION, INC., JUICY
COUTURE, INC., KMART CORPORATION, LIZ
CLAIBORNE, INC., NEW BALANCE ATHLETIC
SHOE, INC., NORDSTROM, INC., OFFICE DEPOT,
INC., PATAGONIA, INC., RECREATIONAL
EQUIPMENT, INC., SEARS BRANDS, LLC,
SEARS HOLDINGS CORPORATION, SEARS,
ROEBUCK AND CO., THE GAP, INC., WILLIAMS-
SONOMA, INC., QVC, INC.,** AND **VICTORIA'S
SECRET DIRECT BRAND MANAGEMENT, LLC,**
*Defendants-Appellees,*

AND

**JP MORGAN CHASE & CO.,**
*Defendant-Appellee,*

AND

**LG ELECTRONICS USA, INC.,**
*Defendant-Appellee,*

AND

**LOWE'S HOME CENTERS, INC.,**
*Defendant-Appellee,*

AND

**MAGHOUND ENTERPRISES, INC., TIME, INC.,** AND **TOYOTA MOTOR SALES USA, INC.,**
*Defendants-Appellees,*

AND

**MAPQUEST, INC.,**
*Defendant-Appellee,*

AND

**NIKE, INC.,**
*Defendant-Appellee,*

AND

**NISSAN NORTH AMERICA, INC.,**
*Defendant-Appellee,*

AND

**SOUTHWEST AIRLINES CO.,**
*Defendant-Appellee,*

AND

**REDBOX AUTOMATED RETAIL, LLC,**
*Defendant-Appellee,*

AND

**STAPLES, INC.,**
*Defendant-Appellee,*

AND

**VF OUTDOOR, INC.,**
*Defendant-Appellee.*

2012-1227

---

Appeal from the United States District Court for the Eastern District of Texas in case no. 12-CV-0018, Chief Judge Leonard Davis.

---

## ON MOTION

---

## ORDER

Victoria's Secret Direct Brand Management, LLC moves to withdraw John F. Ward and Michael J. Zinna and to substitute Kenneth J. Jurek and John G. Bisbikis as counsel.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted. The revised official caption is reflected above. Kenneth J. Jurek and John G. Bisbikis should promptly file new entries of appearance.

FOR THE COURT

**MAY 1 6 2012**
_____                    /s/ Jan Horbaly
Date                               Jan Horbaly
                                   Clerk

cc: David R. Bennett, Esq.
    John F. Sweeney, Esq.
    William H. Oldach, III, Esq.

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAY 1 6 2012

JAN HORBALY
CLERK

C. Erik Hawes, Esq.
Michael J. McKeon, Esq.
Gary J. Fischman, Esq.
Nathan W. Johnson, Esq.
Peter J. Brann, Esq.
Jason C. White, Esq.
Joseph R. Lanser, Esq.
John P. Passarelli, Esq.
Kenneth J. Jurek, Esq.
James Robert Arnett, II, Esq.
Steven M. Lieberman, Esq.
Phillip B. Philbin, Esq.
John M. Caracappa, Esq.
Vivian S. Kuo, Esq.
Christopher J. Renk, Esq.
Jeffrey S. Patterson, Esq.
Ramsey M. Al-Salam, Esq.
Max Ciccarelli, Esq.
Gerald C. Conley, Esq.
David G. Mangum, Esq.
John F. Ward, Esq.

s21